Mark J. Fonte
Louis M. Gelormino
**F&G LEGAL GROUP**
2550 Victory Boulevard
Staten Island, New York 10314
Telephone:     (917) 968-1619
mfontelaw@yahoo.com
louiegels@hotmail.com
*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **RACHEL MANISCALCO**, individually, and for all others similarly situated,<br><br>Plaintiff,<br><br>-against–<br><br>**THE NEW YORK CITY DEPARTMENT OF EDUCATION, MEISHA PORTER, SCHOOLS CHANCELLOR OF THE NEW YORK CITY DEPARTMENT OF EDUCATION, IN HER OFFICIAL CAPACITY, THE CITY OF NEW YORK**, **BILL de BLASIO, MAYOR OF NEW YORK CITY, IN HIS OFFICIAL CAPACITY, DEPARTMENT OF HEALTH AND MENTAL HYGIENE,** and **DAVE A. CHOKSHI, COMMISSIONER OF THE DEPARTMENT OF HEALTH AND MENTAL HYGIENE, IN HIS OFFICIAL CAPACITY** | Case No. _____<br><br>**DECLARATION OF RACHEL MANISCALCO** |

1

I, Rachel Maniscalco, declare under penalty of perjury that the foregoing is true and correct:

1. In 2013, I joined the New York City Department of Education as a Teacher.

2. I have worked at the following schools under the Department of Education: P.S./I.S. 99 in Brooklyn and Concord High School on Staten Island.

3. I have an English license and a Special Education license for grades 7–12.

4. When I worked at P.S./I.S. 99 our school was awarded for our progress on the school's statewide exams.

5. I have complied with all vaccination guidelines outside of Covid-19 vaccines.

6. I have not received a Covid-19 vaccine because I am concerned for my health, as well as the health of my future children, given the newness of the vaccine, which does not have years of data to support its safety, and I understand to be a different kind of vaccine, using mRNA rather than actual virus particles as used in a typical, established vaccine.

Respectfully,

Dated: New York, New York
September 9, 2021

*Rachel Maniscalco*
Rachel Maniscalco