Mark J. Fonte
F&G Legal Group
2550 Victory Blvd.
Staten Island, New York 10314
T: +1-917-968-1619
mfontelaw@yahoo.com

September 10, 2021

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Maniscalco v. New York City Dept. of Educ., et al.,* No. 1:21-cv-05055-BMC
               Request to Adjourn Hearing on the Emergency Motion

Dear Judge Cogan:

      I write on behalf of Plaintiff in the above-referenced action. The parties have conferred and respectfully request that the Court adjourn the hearing on the emergency motion for a temporary restraining order scheduled for Monday, September 13, 2021, at 2:00 p.m. The parties instead request the Court to order the below proposed schedule for briefing and the hearing on Plaintiff's preliminary injunction application.

| **Description of Deadline** | **Proposed Deadline** |
|---|---|
| Possible Amended Complaint | Tuesday, September 14, 2021 |
| Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order | Thursday, September 16, 2021 |
| Plaintiff's Reply to Defendant's Opposition to Motion for Preliminary Injunction and Temporary Restraining Order (25-page limit) | Monday, September 20, 2021 |
| Hearing on Plaintiff's Preliminary Injunction Application | Wednesday, September 22, 2021 |

                                                 Respectfully Submitted,

                                                 *s/ Mark J. Fonte*

                                                 Mark J. Fonte

cc:     Amanda Croushore (via email: acrousho@law.nyc.gov)
         Louis Gelormino (via email: louesq7@hotmail.com)
         Lora Minicucci (via email: lminicuc@law.nyc.gov)