Mark J. Fonte

F&G Legal Group
2550 Victory Blvd.
Staten Island, New York 10314
T: +1-917-968-1619
mfontelaw@yahoo.com

September 14, 2021

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Maniscalco v. New York City Dept. of Educ., et al.,* No. 1:21-cv-05055-BMC
             Request for Direction Regarding Proposed Amended Complaint

Judge Cogan:

      I represent Plaintiff in the above-referenced action, and I write to ask direction from the Court regarding the attached Proposed Amended Complaint that Plaintiff seeks to file. As noted in our joint September 10, 2021, letter (Dkt. No. 6) the parties have agreed that Plaintiff has until today, September 14, 2021, to file an Amended Complaint. In its September 10 Order, however, the Court only approved the proposed briefing schedule.

                                   Respectfully Submitted,

                                   *s/ Mark J. Fonte*

                                   Mark J. Fonte

cc:    Amanda Croushore (via email: acrousho@law.nyc.gov)
       Louis Gelormino (via email: louesq7@hotmail.com)
       Lora Minicucci (via email: lminicuc@law.nyc.gov)

Encl.:  Proposed Amended Complaint