UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

RACHEL MANISCALCO, EVELYN ARANCIO, DIANA SALOMON, and CORINNE LYNCH, individually and for all others similarly situated,

                            Plaintiffs,

-against-

THE NEW YORK CITY DEPARTMENT OF EDUCATION, MEISHA PORTER, Schools Chancellor of the New York City Department of Education, in her official capacity, THE CITY OF NEW YORK, BILL DE BLASIO, Mayor of New York City, in his official capacity, THE DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and DAVE CHOKSHI, Commissioner of the Department,

                            Defendants.
-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

21-Civ.-05055 (BMC)

        **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for defendants THE NEW YORK CITY DEPARTMENT OF EDUCATION, MEISHA PORTER, THE CITY OF NEW YORK, BILL DE BLASIO, THE DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and DAVE CHOKSHI in the above-captioned action, and an Assistant Corporation Counsel assigned to this action. Defendants have not yet been served, therefore the undersigned is appearing for the limited purposes of opposing the pending motion for a temporary restraining order which appears as ECF dkt. #2 on the docket.

Dated:      New York, New York
              September 20, 2021

                                          Respectfully Submitted,

                                          **GEORGIA M. PESTANA**
                                          Corporation Counsel of the City of New York
                                          *Attorney for the Defendants*
                                          100 Church Street
                                          New York, New York 10007
                                          acrousho@law.nyc.gov

                                By:    */s/ Amanda C. Croushore*
                                             Assistant Corporation Counsel

To:     All counsel of record, by ECF