**Mark J. Fonte**
F&G Legal Group
2550 Victory Blvd.
Staten Island, New York 10314
T: +1-917-968-1619
mfontelaw@yahoo.com

September 21, 2021

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Maniscalco, et al. v. New York City Dept. of Educ., et al.,* No. 1:21-cv-05055-BMC
             Notice of Publicly Available Facts

Judge Cogan:

      I represent Plaintiffs in the above-referenced action. I write to inform the Court that Plaintiffs do not intend to call witnesses, but Plaintiffs do plan to ask the Court to take notice of publicly available facts at the September 22, 2021 Hearing on the Emergency Order for a Temporary Restraining Order (Dkt. No. 2). Defendants have not consented to a joint stipulation of facts.

      Respectfully Submitted,

      *s/ Mark J. Fonte*

      Mark J. Fonte

cc:    Counsel of Record (via ECF)