Mark J. Fonte
Louis M. Gelormino
**F&G LEGAL GROUP**
2550 Victory Boulevard
Staten Island, New York 10314
Telephone:     (917) 968-1619
mfontelaw@yahoo.com
louiegels@hotmail.com
*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **RACHEL MANISCALCO, EVELYN ARANCIO, DIANA SALOMON,** and **CORINNE LYNCH**, individually, and for all others similarly situated,<br><br>                                Plaintiffs,<br><br>         -against–<br><br><br>**THE NEW YORK CITY DEPARTMENT OF EDUCATION, MEISHA PORTER, SCHOOLS CHANCELLOR OF THE NEW YORK CITY DEPARTMENT OF EDUCATION, IN HER OFFICIAL CAPACITY, THE CITY OF NEW YORK**, **BILL** de **BLASIO, MAYOR OF NEW YORK CITY, IN HIS OFFICIAL CAPACITY, DEPARTMENT OF HEALTH AND MENTAL HYGIENE,** and **DAVE A. CHOKSHI, COMMISSIONER OF THE DEPARTMENT OF HEALTH AND MENTAL HYGIENE, IN HIS OFFICIAL CAPACITY**<br><br>                                Defendants. | Case No. 1:21-CV-05055<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned attorney, Louis M. Gelormino of the firm F&G Legal Group, located at 2550 Victory Boulevard, with telephone number (917) 968-1619 and email address louiegels@hotmail.com, does hereby represent Plaintiffs Rachel Maniscalco, Evelyn Arancio, Diana Salomon, and Corinne Lynch in the above-captioned matter. Please direct all further notices and copies of pleadings, papers, and other materials relevant to this action to Louis M. Gelormino.

Dated: New York, New York
September 22, 2021

By: *s/ Louis M. Gelormino*
Louis M. Gelormino
**F&G Legal Group**
2550 Victory Blvd.
Staten Island, New York 10314
Telephone: (917) 968-1619
louiegels@hotmail.com
*Attorneys for Plaintiffs and the Class*