

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | AMANDA C. CROUSHORE<br>Labor and Employment Law Division<br>Phone: (212) 356-4074<br>Fax: (212) 356-2438<br>Email: acrousho@law.nyc.gov |

September 22, 2021

**By ECF**

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Maniscalco, et al. v. City of New York, et al., Dkt. 21 Civ. 5505</u>

Dear Judge Cogan:

I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel for the City of New York, attorneys for the putative[1] Defendants in the above-referenced case.

I write to inform Your Honor of the Order issued this afternoon by Hon. Lawrence Love of the Supreme Court of the State of New York, New York County, in the case *New York City Municipal Labor Committee, et al. V. City of New York, et al.*, Index No. 158368/2021 (the "Order," a copy of which is attached hereto), in which Judge Love vacated the Temporary Restraining Order he had previously entered barring the City from enforcing the vaccination mandate imposed on all New York City Department of Education employees. In particular, the Order states:

> ORDERED that pending a final order on Petitioners' Petition and Respondents' cross- motion seeking dismissal of the instant Petition, to be issued after the submission of all motion papers, the Temporary

---

[1] As of the date of this letter, the defendants in this case have not been served.

Restraining Order issued by this Court on September 14, 2021 is VACATED in its entirety.

Respectfully submitted,

*/s/ Amanda C. Croushore*

Assistant Corporation Counsel

Enclosure