Mark J. Fonte
Louis M. Gelormino
**F&G LEGAL GROUP**
2550 Victory Boulevard
Staten Island, New York 10314
Telephone:     (917) 968-1619
mfontelaw@yahoo.com
louiegels@hotmail.com
*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **RACHEL MANISCALCO**, **EVELYN ARANCIO**, **DIANA SALOMON,** and **CORINNE LYNCH**, individually, and for all others similarly situated,<br><br>                  Plaintiffs,<br><br>          -against–<br><br>**THE NEW YORK CITY DEPARTMENT OF EDUCATION, MEISHA PORTER, SCHOOLS CHANCELLOR OF THE NEW YORK CITY DEPARTMENT OF EDUCATION, IN HER OFFICIAL CAPACITY, THE CITY OF NEW YORK**, **BILL** de **BLASIO, MAYOR OF NEW YORK CITY, IN HIS OFFICIAL CAPACITY, DEPARTMENT OF HEALTH AND MENTAL HYGIENE,** and **DAVE A. CHOKSHI, COMMISSIONER OF THE DEPARTMENT OF HEALTH AND MENTAL HYGIENE, IN HIS OFFICIAL CAPACITY**<br><br>                  Defendants. | Case No. 1:21-CV-05055<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs Rachel Maniscalco, Evelyn Arancio, Diana Salomon, and Corinne Lynch hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order (Dkt. No. 16) entered on September 23, 2021, and all opinions and orders that merge therein.

Dated: New York, New York
       September 23, 2021

By: *s/ Mark J. Fonte*
Mark J. Fonte
**F&G Legal Group**
2550 Victory Blvd.
Staten Island, New York 10314
Telephone:   (917) 968-1619
mfontelaw@yahoo.com
*Attorneys for Plaintiffs and the Class*