# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of September, two thousand twenty-one.

Before:  Joseph F. Bianco,
  *Circuit Judge.*

---

Rachel Maniscalco, Evelyn Arancio, Diana Salomon, Corine Lynch,

    Plaintiffs - Appellants,

v.

New York City Department of Education, Meisha Porter, in her official capacity as Schools Chancellor of the New York City Department of Education, City of New York, Bill de Blasio, Department of Health and Mental Hygiene, Dave A. Chokshi, in his official capacity as the Commissioner of the Department of Health and Mental Hygiene,

    Defendants - Appellees.

**ORDER**

Docket No. 21-2343

---

Appellants move for an expedited injunction pending appeal. Appellants seek an injunction of Appellees' Executive Order that requires all New York City Department of Education workers to submit proof of the first dose of COVID-19 vaccination by September 27, 2021. Appellees oppose the motion.

IT IS HEREBY ORDERED that, to the extent Appellants seek a temporary injunction pending review of their motion by a three-judge panel, that request is GRANTED. The request for an injunction pending appeal is REFERRED to a three-judge motions panel on an expedited basis.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit