# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of September, two thousand twenty-one.

Before: Pierre N. Leval,
Robert D. Sack,
Michael H. Park,
*Circuit Judges*.

---

Rachel Maniscalco, Evelyn Arancio, Diana Salomon, Corine Lynch,

*Plaintiffs-Appellants*, 21-2343

v.

New York City Department of Education, Meisha Porter, in her official capacity as Schools Chancellor of the New York City Department of Education, City of New York, Bill de Blasio, Department of Health and Mental Hygiene, Dave A. Chokshi, in his official capacity as the Commissioner of the Department of Health and Mental Hygiene,

*Defendants-Appellees*.

---

This Court entered a temporary injunction in the above-captioned case on Friday, September 24, 2021 for administrative purposes pending decision by a three-judge panel. IT IS HEREBY ORDERED that the September 24 injunction is DISSOLVED. IT IS FURTHER ORDERED that the motion for an injunction pending appeal is DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/27/2021