Mark J. Fonte
F&G Legal Group
2550 Victory Blvd.
Staten Island, New York 10314
T: +1-917-968-1619
mfontelaw@yahoo.com

December 16, 2021

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Maniscalco, et al. v. New York City Dept. of Educ., et al.,* No. 1:21-cv-05055-BMC
     Order to Show Cause

Judge Cogan:

   I represent Plaintiffs in the above-referenced action. I write pursuant to Your Honor's
December 10, 2021 Order to Show Cause.

   On November 9, 2021, Plaintiffs served the Complaint on Defendants. After realizing an
error in failing to serve Defendants a Summons, as required by Federal Rule of Civil Procedure
4, Plaintiffs request a one-week extension for service of the Summons.

            Respectfully Submitted,

            *s/ Mark J. Fonte*

            Mark J. Fonte

cc:  Counsel of Record (via ECF)