AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| RACHEL MANISCALCO, et al.<br><br>*Plaintiff(s)*<br>v.<br><br>THE NEW YORK CITY DEPARTMENT OF EDUCATION, et al.<br><br>*Defendant(s)* | Civil Action No. 1:21-CV-05055 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

(See attached Rider)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark J. Fonte
Louis M. Gelormino
F&G Legal Group
2550 Victory Blvd.
Staten Island, New York 10314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

# RIDER

| | |
|---|---|
| Defendant Name: | New York City Department of Education |
| Address: | 52 Chambers Street<br>New York, New York 10007 |
| | |
| Defendant Name: | Meisha Porter, Schools Chancellor of the New York City Department of Education |
| Address: | c/o New York City Department of Education<br>52 Chambers Street, Room 320<br>New York, New York 10007 |
| | |
| Defendant Name: | The City of New York |
| Address: | 100 Church Street<br>New York, New York 10007 |
| | |
| Defendant Name: | Mayor Bill de Blasio |
| Address: | City Hall<br>New York, New York 10007 |
| | |
| Defendant Name: | Department of Health and Mental Hygiene |
| Address: | 125 Worth Street<br>New York, New York 10013 |
| | |
| Defendant Name: | Dave A. Chokshi, Commissioner of the Department of Health and Mental Hygiene |
| Address: | 530 First Ave<br>New York, New York 10016 |