

**THE CITY OF NEW YORK**

**GEORGIA M. PESTANA**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**LORA MINICUCCI**
Assistant Corporation Counsel
phone: (212) 356-2078
fax: (212) 356-1148
e-mail: lminicuc@law.nyc.gov
*E-Mail And Fax Not For Service*

February 7, 2022

**By ECF**
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
300 Cadman Plaza East,
Brooklyn, New York 10007

    Re: *Maniscalco v. New York City Department of Education et. al.*
      21-cv-05055 (BMC)
      Our No. 2021-025766

Dear Judge Cogan:

  I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York. I submit this letter pursuant to the Your Honor's order dated November 9, 2021, staying this case and directing the parties to update the Court on the status of the appeal within 90 days. The Supreme Court has not yet ruled on the Petition. Under the current briefing schedule, Defendants' response to Plaintiffs' petition is due March 9, 2022.

  Thank you for your consideration of this matter.

                Respectfully Submitted,

                Lora Minicucci

cc:  Counsel of Record (by ECF)