Mark J. Fonte
Louis M. Gelormino
**F&G Legal Group**
2550 Victory Blvd.
Staten Island, New York 10314
Telephone: (917) 968-1619
mfontelaw@yahoo.com
louiegels@hotmail.com
*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **RACHEL MANISCALCO, EVELYN ARANCIO, DIANA SALOMON, and CORINNE LYNCH**, individually, and for all others similarly situated, | Case No.: 1:21-CV-05055 |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |
| -against- | |
| **THE NEW YORK CITY DEPARTMENT OF EDUCATION, MEISHA PORTER, SCHOOLS CHANCELLOR OF THE NEW YORK CITY DEPARTMENT OF EDUCATION, IN HER OFFICIAL CAPACITY, THE CITY OF NEW YORK, BILL** de **BLASIO, MAYOR OF NEW YORK CITY, IN HIS OFFICIAL CAPACITY, DEPARTMENT OF HEALTH AND MENTAL HYGIENE,** and **DAVE A. CHOKSHI, COMMISSIONER OF THE DEPARTMENT OF HEALTH AND MENTAL HYGIENE, IN HIS OFFICIAL CAPACITY** | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Rachel Maniscalco,

Evelyn Arancio, Diana Salomon, and Corinne Lynch, by and through their undersigned counsel,

hereby voluntarily dismiss this action in its entirety without prejudice.


Dated:  New York, New York                    Respectfully submitted,
             April 22, 2022



                                              By:  */s/ Mark J. Fonte*
                                              Mark J. Fonte
                                              Louis M. Gelormino
                                              **F&G Legal Group**
                                              2550 Victory Blvd.
                                              Staten Island, New York 10314
                                              Telephone: (917) 968-1619
                                              mfontelaw@yahoo.com
                                              louiegels@hotmail.com
                                              *Attorneys for Plaintiff and the Class*

2